IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WARREN HAMMEL, BRIAN BLOOMFIELD and ARVIOLA PEMAJ, on behalf of themselves and all others similarly situated, )<br>)<br>)<br>)<br>) | |
| Plaintiffs, ) | Civil No. 3:22-cv-1011 |
| ) | |
| vs. ) | Judge Campbell/Magistrate Judge Frensley |
| ) | |
| NASHVILLE CENTER FOR REHABILITATION AND HEALING, LLC, )<br>)<br>)<br>) | COLLECTIVE ACTION COMPLAINT FOR VIOLATIONS OF THE FAIR LABOR STANDARDS ACT OF 1938 |
| Defendant. ) | |

## ORDER

Pending before the Court is Plaintiffs' Unopposed Motion to Approve FLSA Collective Action Settlement and Service Award Payments to the Named Plaintiffs (Doc. No. 51). The Court has reviewed the Motion, the parties' Settlement Agreement (Doc. No. 51-1), the Net Settlement Fund Payments to the Named Plaintiffs and Opt-in Plaintiffs (Doc. No. 51-2), and the Declaration of Plaintiffs' counsel (Doc. No. 51-2). Based on the Court's review, the Court rules as follows:

1.  The Court finds that there is a bona fide dispute between the parties as to Defendant's liability under the FLSA and that the settlement is fair, reasonable and adequate. First, given the contested nature of the case and the fact that the settlement was accomplished using a mediator eliminates the risk of fraud or collusion. Second, the complexity, expense and likely duration of the litigation weighs heavily in favor of settlement approval. Third, the possible likelihood of success on the merits and the risks associated with continued litigation supports settlement approval. Finally, based on the opinion of Plaintiffs' counsel, the settlement achieves an excellent result because the Named Plaintiffs and Opt-in Plaintiffs will each receive a settlement for unpaid overtime

and liquidated damages that is equal to their maximum possible recovery should the case proceed to trial. For these reasons, the Court approves the parties' settlement.

2. The Court finds that the requested service awards in the amount of $7,000.00 to each Named Plaintiff for their service in prosecuting the case and for a general release is reasonable and fair. For these reasons, the Court approves service award payments in the amount of $7,000.00 each to the three Named Plaintiffs.

3. As to the remaining unresolved issues related to Plaintiffs' attorney's fees and costs, Plaintiffs shall file their motion within 28 days after entry of this Order. Defendant shall have 21 days after the filing of Plaintiffs' motion to file an opposition brief, and Plaintiffs shall have 7 days after the filing of Defendant's opposition brief to file an optional reply brief.

It is so **ORDERED**.

WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Approved for Entry by:

**DICKINSON WRIGHT PLLC**

*/s/ Martin D. Holmes*
Martin D. Holmes, TN Bar #012122
Autumn L. Gentry, TN Bar #020766
424 Church Street, Suite 800
Nashville, TN 37219
Telephone: (615) 244-6538
mdholmes@dickinsonwright.com
agentry@dickinsonwright.com

*Attorneys for Plaintiffs and Opt-in Plaintiffs*